IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK W. ASKEW JR.     PLAINTIFF
ADC #082276

v.     No: 2:19-cv-00042 JM-PSH

ROOSEVELT G. BARDEN, *et al.*     DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Askew's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Askew's motion for service (Doc. No. 3) is DENIED.

3. Askew has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

4. The Clerk is directed to send a copy of this order and a copy of Askew's objections (Docket No. 6) to the warden of the East Arkansas Regional Unit of the Arkansas Department of Corrections.[1]

---

[1] Mr. Askew makes comments regarding suicide on page 7 of his objections.

DATED this 29th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE