IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK W. ASKEW JR.                                                                    PLAINTIFF
ADC #082276

v.                              No: 2:19-cv-00042 JM-PSH

ROOSEVELT G. BARDEN, *et al.*                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 29th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE